## First District.

**Standard Basket Company, plaintiff in error, v. Anton Dembski et al., defendants in error.** Gen. No. 27,051.

Suit to enjoin breach of contracts not to engage in the manufacture of baskets. Bill dismissed for want of equity. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922.

Charles P. Molthrop, for plaintiff in error. Heffron & Perkinson, for defendants in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Kastantos Reksnis, appellee, v. Motor Car Indemnity Exchange, appellant.** Gen. No. 27,075.

Action upon an alleged agreement of settlement on a policy of automobile theft insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed October 18, 1922.

Green, Beverly & Rice, for appellant; Charles E. Green, of counsel. Harry A. Barnhardt, for appellee; Guy B. Reynolds, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**John F. Devine, administrator of the estate of John A. Benson, deceased, appellee, v. C. A. Carlson, appellant.** Gen. No. 27,076.

Action for damages for the death of plaintiff's intestate while in the employ of defendant. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Taylor, J., dissenting.

Opinion filed October 18, 1922. Rehearing denied November 2, 1922.

Hall & Spitz, for appellant; Ross C. Hall, of counsel. Haight, Adcock, Haight & Harris, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.